**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| PAULA M. SMITH | * | |
| | * | |
|     Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 5:11CV00255  SWW |
| DELTA MEMORIAL HOSPITAL | * | |
| | * | |
|     Defendant | * | |

**ORDER**

    Plaintiff Paula M. Smith commenced this action, pro se, on September 28, 2011.  Plaintiff is hereby notified of her responsibility to comply with the Federal Rules of Civil Procedure and the Local Rules of this Court,[1] including Local Rule 5.5(c)(2), which provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

Plaintiff is further notified that Rule 4(m) of the Federal Rules of Civil Procedure requires

---

[1] The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the District Clerk for the Eastern District of Arkansas. Additionally, the Local Rules and the Federal Rules of Civil Procedure are available on the Court's website: www.are.uscourts.gov.  To access the Federal Rules of Civil Procedure via the Court's website, go to "Links," find the heading "Federal Links" and click on "Federal Rules of Civil Procedure" below the heading.  A direct link to  "Local Rules" is provided on the home page of the Court's website.

service of the complaint and summons within 120 days after the complaint is filed.

IT IS SO ORDERED THIS 29TH DAY OF DECEMBER, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE